Argued November 1—decided November 1, 1977

NORMAN F. DACEY *v.* CONNECTICUT BAR ASSOCIATION

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is

granted by the court unless the plaintiff, on or before December 1, 1977, corrects his appeal to be one taken from a final judgment and complies with §§ 608A and 630A of the rules of practice.

*Bernard S. Peck,* for the appellee (defendant).

*Norman F. Dacey,* pro se, the appellant (plaintiff).

Argued November 1—decided November 1, 1977